# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HARBOR ISLAND DYNAMIC LLC, | Case No. 2:24-cv-00717-JRG-RSP |
| Plaintiff, | **JURY TRIAL DEMANDED** |
| v. | |
| NXP SEMICONDUCTORS N.V., NXP B.V., NXP SEMICONDUCTORS GUANGDONG LTD., NXP SEMICONDUCTORS (BEIJING) LTD., NXP SEMICONDUCTORS (TIANJIN) LTD., NXP SEMICONDUCTORS HONG KONG LTD., NXP SEMICONDUCTORS INDIA PVT. LTD., NXP SEMICONDUCTORS JAPAN LTD., NXP SEMICONDUCTORS KOREA LTD., NXP SEMICONDUCTORS MALAYSIA SDN. BHD., NXP SEMICONDUCTORS SINGAPORE PTE. LTD., NXP SEMICONDUCTORS (THAILAND) CO. LTD., and NXP SEMICONDUCTORS TAIWAN LTD., | |
| Defendants. | |

## JOINT MOTION FOR ENTRY OF
## DISPUTED DISCOVERY ORDER

Pursuant to the Court's Order Setting the Scheduling Conference dated December 20, 2024 (Dkt. 20), Plaintiff Harbor Island Dynamic, LLC ("Plaintiff" or "Harbor Island") and Defendants NXP Semiconductors (Shanghai) Ltd., NXP Semiconductors Japan Ltd., NXP Semiconductors Taiwan Ltd (collectively, "Defendants" or "NXP") (Plaintiff and Defendants collectively referred to as "the Parties") have met and conferred and hereby submit the proposed Disputed Discovery Order attached as Exhibit A. The Parties have indicated their competing proposals using

highlighting and square brackets in the attached order (indicating HID's proposal). While the Parties have reached agreement on most of the issues, one issue remains:

> **HID's proposed language to be included in paragraph 12(d): "all materials generated by a testifying expert with respect to that person's work in this case [are exempt from discovery unless relied upon by the expert in forming any opinions in this litigation]"**

**HID's Position**

HID requests this provision to make clear that material an expert generates in the course of his or her engagement on the case is not discoverable unless the expert relies on such material. As with drafts of reports and communications with attorneys, any such tangible material would be subject to immunity from discovery under Fed. R. Civ. P. 26(b)(3)(A) as it would, by definition, be prepared in anticipation of litigation. Removing HID's provision could render presumptively discoverable information relating to such items as, for example, theories of infringement that were considered by the expert but not pursued. There is no relevance to such material, as an expert could not testify to anything on which he or she did not rely.

**NXP's Position**

HID's proposed insert to exclude from discovery "*all materials* generated by a testifying expert with respect to that person's work in this case" is ambiguous and overbroad and goes well beyond the protection of drafts of expert reports and communications between counsel and experts. For example, HID's additional language would encompass information related to the testing of and teardowns of accused products done by a testifying expert that produce results inconsistent with the expert's expressed opinions and/or inconsistent with testing and teardown results affirmatively relied upon the expert. HID's proposed exclusion would therefore deprive NXP of the ability to fully explore the veracity of opinions and methodologies and fulsome cross

examination as to highly relevant facts if an expert were to simply choose not to discuss an adverse test or teardown result in his or her report.

Dated: February 4, 2025

Respectfully submitted,

/s/ Alfred R. Fabricant
Alfred R. Fabricant
NY Bar No. 2219392
Email: ffabricant@fabricantllp.com
Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@fabricantllp.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@fabricantllp.com
Joseph M. Mercadante
NY Bar No. 4784930
Email: jmercadante@fabricantllp.com
**FABRICANT LLP**
411 Theodore Fremd Avenue
Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

William E. Davis, III
State Bar No. 24047416
Email: bdavis@davisfirm.com
Rudolph "Rudy" Fink IV
State Bar No. 24082997
Email: rfink@davisfirm.com
Ty Wilson
State Bar No. 24106583
Email: twilson@davisfirm.com
**DAVIS FIRM PC**
213 N. Fredonia Street, Suite 230
Longview, Texas 75601
Telephone: (903) 230-9090
Facsimile: (903) 230-9661

***ATTORNEYS FOR PLAINTIFF***
***HARBOR ISLAND DYNAMIC, LLC***

3

/s/ *Richard S. Zembek (with permission)*
Richard S. Zembek
State Bar No. 00797726
Email: richard.zembek@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
Fulbright Tower 1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651-5151
Facsimile: (713) 651-5246

Eric C. Green
State Bar No. 24069824
Email: Eric.green@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701
Telephone: (512) 474-5201
Facsimile: (512) 536-4598

***ATTORNEY FOR DEFENDANTS
NXP B.V.; NXP SEMICONDUCTORS KOREA
LTD.; NXP SEMICONDUCTORS (SHANGHAI)
LTD.; NXP SEMICONDUCTORS JAPAN LTD.;
AND NXP SEMICONDUCTORS TAIWAN LTD.***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 4, 2025, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Alfred R. Fabricant*
Alfred R. Fabricant

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that all counsel of record has met and conferred in accordance with Local Rule CV-7(h) and this joint motion is unopposed.

*/s/ Alfred R. Fabricant*
Alfred R. Fabricant
